ALEXANDER MCLEAN, Respondent, v. CERRO DE PASCO COPPER CORPORATION, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

DAVID J. BREEN et al., Appellants, v. BENJAMIN J. RABIN et al., Respondents, et al., Defendants.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES KUYKENDALL, Respondent, v. CITY OF NEW YORK, Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

In the Matter of the Accounting of FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased. ADELINE IRWIN et al., Appellants; FREDERICK B. RYAN et al., as Executors of JULIA C. RYAN, Deceased, et al., Respondents.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [178 Misc. 1007.]

NEW YORK TELEPHONE COMPANY, Appellant, v. NEW YORK CITY TUNNEL AUTHORITY, Respondent.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANAHMA REALTY CORPORATION, Respondent, v. AUTOMOBILE MANUFACTURERS ASSOCIATION, INC., Appellant.— No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LUCILLE J. CARNEY, Respondent, v. JOHN R. BARES et al., Copartners under the Firm Name of JOHN R. BARES COMPANY, et al., Appellants, by Original Summons and Complaint. JOHN R. BARES et al., Copartners under the Firm Name of JOHN R. BARES COMPANY, Plaintiffs, v. VAILLANT-DAUVERGNE, INC., Defendant, by Counterclaim.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See, ante p. 544.]

ROBERT A. KLEIN, Respondent, v. JOHN R. OISHEI et al., Appellants, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JAMES B. MARTIN et al., Appellants, v. CITY OF NEW YORK et al., Defendants, and DI MARCO & REIMANN, INC., Defendant-Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon and Callahan, JJ., dissent and vote to affirm.

In the Matter of the Will of CARRIE SCHULTZ, Deceased. ADOLPH SOLOMON, Appellant; JAMES F. EGAN, Public Administrator of New York County, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.